FILED

07/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0155

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0155

MATTHEW RYAN AILER,

Petitioner and Appellant.

v.

STATE OF MONTANA,

Respondent and Appellee.

ORDER

FILED

JUL 0 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Matthew Ryan Ailer moves this Court to strike various portions of the State's response brief. The State responds that Ailer's motion should be denied.

Ailer puts forth that his opposed motion seeks to strike arguments and "false assertions" in the filed brief. Citing to the Montana Rules of Professional Conduct, Ailer alleges misconduct. The State points out that it did not misstate or misrepresent the record and that Ailer has the opportunity to rebut any assertion in his reply brief.

Ailer's motion is not well taken. Therefore,

IT IS ORDERED that Ailer's Opposed Motion to Strike a Portion of the State's Arguments that is in Violation of the Montana Rules of Professional Conduct is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Matthew Ryan Ailer personally.

DATED this 7th day of July, 2023.

For the Court,

By _____
Chief Justice